IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY DOYLE YOUNG,

        Plaintiff,

   v.

UNITED STATES,

        Defendant.

                             /

No. C-12-1481 TEH (PR)

ORDER OF DISMISSAL

On March 23, 2012, Plaintiff filed this pro se civil rights action under 42 U.S.C. § 1983. That day, the Clerk notified Plaintiff that he had neither paid the filing fee nor filed a complete application to proceed in forma pauperis ("IFP"). Along with the notice, the Clerk mailed to Plaintiff the Court's IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, Plaintiff was informed that the action would be dismissed if he did not either pay the fee or file a completed IFP application within thirty days.

More than 30 days have passed, and Plaintiff has not paid the filing fee, filed a complete IFP application or explained his

failure to do so.  Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  <u>See</u> Fed. R. Civ. P. 41(b).

       The Clerk shall terminate any pending motions as moot and close the file.

       IT IS SO ORDERED.

DATED  *05/09/2012*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.12\Young-12-1481_dismissal-ifp.wpd

**2**